**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>O'CONNELL, DANIEL F.<br><br>                    **Debtor(s)** | CHAPTER 7 CASE<br><br>CASE NO. 05-50080 BL<br><br>JUDGE Bruce W. Black(Joliet) |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO  the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held.

    At:   Will County Court Annex Building
          57 N. Ottawa Street, Room 201
          Joliet, Illinois 60432

    on:   **May 8, 2009**
    at:   **9:15 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                              $       11,509.40

    b. Disbursements                         $        1,786.00

    c. Net Cash Available for                $        9,723.40
    Distribution

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| MICHAEL G. BERLAND (Trustee Fees) | | 0.00 | $1,900.94 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,221.28 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 100.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 2P-2 | Department of the Treasury-Internal Revenue Service | $ 1,221.28 | $ 1,221.28 |

7. Claims of general unsecured creditors totaling $149,454.68 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 4.42%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Midwest Pulmonary Consultants | $ 665.00 | $ 29.37 |
| 2U-2 | Department of the Treasury-Internal Revenue Service | $ 105,256.73 | $ 4,649.03 |
| 3 | American Revenue Corp Inc | $ 311.44 | $ 13.76 |
| 4 | Creditors Discount & Audit | $ 10,277.30 | $ 453.93 |
| 5 | Creditors Discount & Audit | $ 32,944.21 | $ 1,455.09 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by

      the Court.

9.      The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois  60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10.     Debtor has been discharged.

11.     The Trustee proposed to abandon the following property at the hearing:

When the debtor filed for bankruptcy he listed $50,000 of accounts receivables on his bankruptcy schedules. Most of those receivables were several years past due when the case was filed. All accounts receivables that can be collected have been liquidated and requests that the remainder of $38,500 be deemed abandoned at the final hearing.


Dated:  **March 13, 2009**            For the Court,

                                                **KENNETH S. GARDNER**
                                                Kenneth S. Gardner
                                                Clerk of the U.S. Bankruptcy Court
                                                219 S. Dearborn Street; 7th Floor
                                                Chicago, IL  60604


Trustee:      MICHAEL G. BERLAND
Address:    1 NORTH LASALLE STREET
                 STE 1775
                 CHICAGO, IL  60602
Phone No.:  (312) 855-1272

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7                 Page 1 of 2                   Date Rcvd: Mar 13, 2009
Case: 05-50080                Form ID: pdf002             Total Served: 62


The following entities were served by first class mail on Mar 15, 2009.
db          +Daniel F. O'Connell,    807 Douglas Street,    Joliet, IL 60435-6003
11623501    +American Revenue Corp Inc,    101 W 84th Dr., Ste D,    Merriville IN 46410-6684
10125582    +American Revenue Corp Inc.,    8450 Broadway,    Merrillville, IN 46410-6221
10125583    +Apache Interpretations SC,    P.O. Box 301,    Minooka, IL 60447-0301
10125584    +Assoc Anesthesiologists/Joliet,    333 N Madison Street,    Joliet, IL 60435-8200
10125585    +Assoc Opthalmologists,    219 N Hammes Ave,    P.O. Box 2937,    Joliet, IL 60434-2937
10125586    +Assoc Pathologists,    330 N Madison # 200A,    Joliet, IL 60435-6575
10125587    +Assoc Pathology Consult/Edward,    P.O. Box 2622,    Carol Stream, IL 60132-0001
10125588    +CAB Services Inc.,    60 Barney Drive,    Joliet, IL 60435-6402
10125589    +Cardiac Surgery Assoc SC,    P.O. Box 1285,    Joliet, IL 60434-1285
10125590    +Cardiology Assoc of No Illinoi,    1200 Maple Road # 3030,    Joliet, IL 60432-1439
10125591    +Cardiology Interpretation II,    P.O. Box 432,    Channahon, IL 60410-0432
10125592     Chicago Tribune,    P.O. Box 6490,    Chicago, IL 60680-6490
10440208    +Cit Financial USA,    d/b/a Lease Finance Group,    233 N Michigan Ave #1800,
              Chicago IL 60601-5802
10125593    +City of Joliet Parking,    c/o Creditors Discount & Audit,    P.O. Box 213,
              Streator, IL 61364-0213
10125594    +Creditors Discount & Audit,    415 E Main Street,    P.O. Box 213,    Streator, IL 61364-0213
10125620    +Creditors Discount & Audit,    Michael R. Naughton,    155 W North Street,    P.O. Box 10,
              Manhattan, IL 60442-0010
10125595    +Dependon Collection Service In,    P.O. Box 5906,    River Forest, IL 60305-5906
10125596    +Donald B. Backstrom, D.C.,    496 Crescent Blvd,    Glen Ellyn, IL 60137-4540
10125597    +Dr. Olga Peplos,    114 Waverly,    Morris, IL 60450-1422
10125598    +DuPage Valley Anesthesiologist,    185 Penny Avenue,    East Dundee, IL 60118-1454
10125599    +Edward Hospital,    801 S Washington Street,    Naperville, IL 60540-7499
10125600    +Ent Surgical Consultants,    2201 Glenwood Ave,    Joliet, IL 60435-5660
10125601     Epic Group, S.C.,    Slot 303125/P.O. Box 66973,    Chicago, IL 60666-0973
10125581     First National Bank/Grand Ridg,    105 W Main Street,    P.O. Box 97,    Grand Ridge, IL  61325-0097
10125603    +Four Seasons Medical Center,    8683 Connecticut St # B,    Merrillville, IN 46410-6384
10125604    +Grabowski Law Center LLC,    2800 S River Rd # 410,    Des Plaines, IL 60018-6005
10125605    +Harvard Collection Services In,    4839 N Elston Avenue,    Chicago, IL 60630-2589
10125606    +Heartland Cardiovascular Ctr,    210 N Hammes Ave # 205,    Joliet, IL 60435-8139
10440209   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
              Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
10125607    +Illinois Collection Service,    P.O. Box 646,    Oak Lawn, IL 60454-0646
10125609    +Internal Medicine & Family,    1719 Glenwood Ave,    Joliet, IL 60435-5835
10125610    +Joliet Oncology Hematology,    2420 Glenwood Ave,    Joliet, IL 60435-5575
10125612    +Joliet Radiological Svc Corp,    2208 Weber Road,    Crest Hill, IL 60403-0961
10125611    +Joliet Radiological Svc Corp,    36910 Treasury Center,    Chicago, IL 60694-6900
10125613    +KCA Financial Services Inc.,    628 North Street,    P.O. Box 53,    Geneva, IL 60134-0053
10125614    +Loyola Univ Physician Foundati,    2160 S First Avenue,    Maywood, IL 60153-3328
10125619    +MGM Management,    58 N Chicago Street,    Joliet, IL 60432-4375
10125615    +Martindale-Hubbell,    P.O. Box 7247-0292,    Philadelphia, PA 19170-0001
10125616    +McLeod Publishinig Company,    c/o Collection Company/America,    P.O. Box 441110,
              Aurora, CO 80044-1110
10125617    +Medical Recovery Specialists,    2350 E Devon St # 225,    Des Plaines, IL 60018-4602
10125618    +Merchants Credit Guide Co,    223 W Jackson Blvd,    Chicago, IL 60606-6993
10125621    +Midwest Heart Specialists,    1919 S Highland Ave # 118 C,    Lombard, IL 60148-6231
11600521    +Midwest Pulmonary Consultants,    Financial Control Solutions,    Pob 668,
              Germantown, WI 53022-0668
10125622    +Midwest Pulmonary Consultants,    Drs A Sosenko, Cohan, Walsh,    10660 West 143rd St # B,
              Orland Park, IL 60462-1989
10125623    +Midwest Respiratory Ltd,    Dr. Leung & Dr. Walsh,    10660 West 143rd St # B,
              Orland Park, IL 60462-1989
10125624    +Morris Hospital,    150 W High Street,    Morris, IL 60450-1497
10125625    +Morris Radiology Associates,    P.O. Box 809,    Morris, IL 60450-0809
10125627     NCO Financial Systems,    P.O. Box 41417 Dept 99,    Philadelphia, PA  19101
10125626    +Naperville Radiologists SC,    6910 S Madison Street,    Willowbrook, IL 60527-5577
10125629    +North Shore Agency,    751 Summa Avenue,    Westbury, NY 11590-5010
10125633    +PRCL Letter Service,    P.O. Box 1,    Morris, IL 60450-0001
10125630    +Pellettieri & Associates,    991 Oak Creek Dr,    Lombard, IL 60148-6408
10125631    +Peter Analytis/Joliet Headache,    801 N Larkin Ave # 103,    Joliet, IL 60435-3495
10125632    +Prairie Emergency Services,    P.O. Box 2669,    Joliet, IL 60434-2669
10125634    +Provena - St Joseph Med Ctr,    333 N Madison Street,    Joliet, IL 60435-8233
10125636    +RPM Inc.,    P.O. Box 830913,    Birmingham, AL 35283-0913
10125635    +Radiologists of Grundy County,    P.O. Box 379,    Orland Park, IL 60462-0379
10125638    +Scott M. Stratton, D.C.,    21036 80th Ave,    Frankfort, IL 60423-9186
10125639    +Southwest Infectious Disease,    1301 Copperfield Ave # 103,    Joliet, IL 60432-2095

The following entities were served by electronic transmission on Mar 14, 2009.
10125602    +E-mail/Text: admin@fcs2collect.com                          Financial Control Solutions,
              P.O. Box 668,    Germantown, WI 53022-0668
10125628     E-mail/Text: bankrup@nicor.com                           Nicor Gas,   Attn: Bankruptcy Department,
              P.O. Box 549,    Aurora, IL 60507-0549
                                                                                              TOTAL: 2
```

```
District/off: 0752-1           User: amcc7                 Page 2 of 2                   Date Rcvd: Mar 13, 2009
Case: 05-50080                 Form ID: pdf002             Total Served: 62

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10125580*     +Daniel F. O'Connell,   807 Douglas Street,   Joliet, IL 60435-6003
10125608*      Illinois Collection Service,   P.O. Box 646,   Oak Lawn, IL  60454-0646
                                                                                         TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 15, 2009**                    **Signature:**    *Joseph Speetjens*