# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: O'CONNELL, DANIEL F.                    §    Case No. 05-50080
                                               §
                                               §
Debtor(s)                                      §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 | Assets Exempt: $1,625.00 |
| Total Distribution to Claimants: $7,824.36 | Claims Discharged Without Payment: $515,551.54 |
| Total Expenses of Administration: $3,686.94 | |

3) Total gross receipts of $ 11,511.30 (see **Exhibit 1** ), minus funds paid to the debtor
and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $11,511.30
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $13,250.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 3,686.94 | 3,686.94 | 3,686.94 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from Exhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 2,442.56 | 1,221.28 | 1,221.28 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 373,335.55 | 254,740.80 | 149,484.07 | 6,603.08 |
| TOTAL DISBURSEMENTS | $386,585.55 | $260,870.30 | $154,392.29 | $11,511.30 |

4) This case was originally filed under Chapter 7 on October 12, 2005.
. The case was pending for 51 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/30/2009          By: /s/MICHAEL G. BERLAND
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Accounts receivable-scheduled | 1129-000 | 11,500.00 |
| Interest Income | 1270-000 | 11.30 |
| **TOTAL GROSS RECEIPTS** | | **$11,511.30** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| First National Bank/Grand Ridg | 4110-000 | 13,250.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | **$13,250.00** | **$0.00** | **$0.00** | **$0.00** |

UST Form 101-7-TDR (9/1/2009)

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | 2100-000 | N/A | 1,900.94 | 1,900.94 | 1,900.94 |
| Internal Revenue Service | 2810-000 | N/A | 1,286.00 | 1,286.00 | 1,286.00 |
| Gloria Longest | 3410-000 | N/A | 500.00 | 500.00 | 500.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 3,686.94 | 3,686.94 | 3,686.94 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Department of the Treasury-Internal Revenue Service | 5800-000 | N/A | 1,221.28 | 0.00 | 0.00 |
| Department of the Treasury-Internal Revenue Service | 5800-000 | N/A | 1,221.28 | 1,221.28 | 1,221.28 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 2,442.56 | 1,221.28 | 1,221.28 |

UST Form 101-7-TDR (9/1/2009)

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Midwest Pulmonary Consultants | 7100-000 | 665.00 | 665.00 | 665.00 | 0.00 |
| Department of the Treasury-Internal Revenue Service | 7100-000 | N/A | 105,256.73 | 0.00 | 0.00 |
| Department of the Treasury-Internal Revenue Service | 7100-000 | N/A | 105,256.73 | 105,256.73 | 4,650.36 |
| American Revenue Corp Inc | 7100-000 | N/A | 311.44 | 311.44 | 13.76 |
| Creditors Discount & Audit | 7100-000 | N/A | 10,277.30 | 10,277.30 | 454.06 |
| Creditors Discount & Audit | 7100-000 | N/A | 32,944.21 | 32,944.21 | 1,455.51 |
| Joliet Radiological Svc Corp | 7100-000 | unknown | N/A | N/A | 0.00 |
| Joliet Radiological Svc Corp | 7100-000 | 1,263.00 | N/A | N/A | 0.00 |
| Loyola Univ Physician Foundati | 7100-000 | unknown | N/A | N/A | 0.00 |
| Loyola Univ Physician Foundati | 7100-000 | 590.00 | N/A | N/A | 0.00 |
| McLeod Publishinig Company c/o Collection Company/America | 7100-000 | 4,837.32 | N/A | N/A | 0.00 |
| Martindale-Hubbell | 7100-000 | 1,968.88 | N/A | N/A | 0.00 |
| Joliet Radiological Svc Corp | 7100-000 | unknown | N/A | N/A | 0.00 |
| Internal Medicine & Family | 7100-000 | 950.00 | N/A | N/A | 0.00 |
| Joliet Radiological Svc Corp | 7100-000 | 432.40 | N/A | N/A | 0.00 |
| Four Seasons Medical Center | 7100-000 | 223.00 | N/A | N/A | 0.00 |
| Epic Group, S.C. | 7100-000 | unknown | N/A | N/A | 0.00 |
| Four Seasons Medical Center | 7100-000 | unknown | N/A | N/A | 0.00 |
| Heartland Cardiovascular Ctr | 7100-000 | 13,440.80 | N/A | N/A | 0.00 |
| MGM Management | 7100-000 | 5,932.66 | N/A | N/A | 0.00 |
| Epic Group, S.C. | 7100-000 | unknown | N/A | N/A | 0.00 |
| Joliet Oncology Hematology | 7100-000 | 3,210.00 | N/A | N/A | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Midwest Respiratory Ltd Dr. Leung & Dr. Walsh | 7100-000 | 24.40 | N/A | N/A | 0.00 |
| Midwest Heart Specialists | 7100-000 | 1,283.00 | N/A | N/A | 0.00 |
| Provena  - St Joseph Med Ctr | 7100-000 | unknown | N/A | N/A | 0.00 |
| Provena  - St Joseph Med Ctr | 7100-000 | 189,924.26 | N/A | N/A | 0.00 |
| Provena  - St Joseph Med Ctr | 7100-000 | unknown | N/A | N/A | 0.00 |
| Radiologists of Grundy County | 7100-000 | 431.00 | N/A | N/A | 0.00 |
| Southwest Infectious Disease | 7100-000 | 1,802.00 | N/A | N/A | 0.00 |
| Scott M. Stratton, D.C. | 7100-000 | 219.40 | N/A | N/A | 0.00 |
| Prairie Emergency Services | 7100-000 | unknown | N/A | N/A | 0.00 |
| Peter Analytis/Joliet Headache | 7100-000 | 2,665.00 | N/A | N/A | 0.00 |
| Prairie Emergency Services | 7100-000 | 3,501.80 | N/A | N/A | 0.00 |
| Epic Group, S.C. | 7100-000 | 864.00 | N/A | N/A | 0.00 |
| Midwest Heart Specialists | 7100-000 | unknown | N/A | N/A | 0.00 |
| Morris Hospital | 7100-000 | 16,790.01 | N/A | N/A | 0.00 |
| Morris Radiology Associates | 7100-000 | 37.00 | N/A | N/A | 0.00 |
| Nicor Gas | 7100-000 | 215.66 | N/A | N/A | 0.00 |
| Naperville Radiologists SC | 7100-000 | 190.00 | N/A | N/A | 0.00 |
| Midwest Heart Specialists | 7100-000 | unknown | N/A | N/A | 0.00 |
| Edward Hospital | 7100-000 | unknown | N/A | N/A | 0.00 |
| Ent Surgical Consultants | 7100-000 | unknown | N/A | N/A | 0.00 |
| Assoc Pathologists | 7100-000 | unknown | N/A | N/A | 0.00 |
| Assoc Pathologists | 7100-000 | 4,050.61 | N/A | N/A | 0.00 |
| Assoc Pathology Consult/Edward | 7100-000 | 278.00 | N/A | N/A | 0.00 |
| Assoc Pathology Consult/Edward | 7100-000 | unknown | N/A | N/A | 0.00 |
| Cardiology Assoc of No Illinoi | 7100-000 | 4,918.80 | N/A | N/A | 0.00 |
| Cardiac Surgery Assoc SC | 7100-000 | 15,510.50 | N/A | N/A | 0.00 |
| Assoc Opthalmologists | 7100-000 | 561.00 | N/A | N/A | 0.00 |
| Apache Interpretations SC | 7100-000 | 240.00 | N/A | N/A | 0.00 |
| Assoc Anesthesiologists/Joliet | 7100-000 | 541.60 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| First National Bank/Grand Ridg | 7100-000 | 28,750.00 | N/A | N/A | 0.00 |
| Cardiology Assoc of No Illinoi | 7100-000 | unknown | N/A | N/A | 0.00 |
| Cardiology Interpretation II | 7100-000 | 1,727.40 | N/A | N/A | 0.00 |
| Cardiology Assoc of No Illinoi | 7100-000 | unknown | N/A | N/A | 0.00 |
| Edward Hospital | 7100-000 | 58,222.25 | N/A | N/A | 0.00 |
| DuPage Valley Anesthesiologist | 7100-000 | 4,420.00 | N/A | N/A | 0.00 |
| Edward Hospital | 7100-000 | unknown | N/A | N/A | 0.00 |
| Edward Hospital | 7100-000 | 1,110.25 | N/A | N/A | 0.00 |
| Edward Hospital | 7100-000 | unknown | N/A | N/A | 0.00 |
| Dr. Olga Peplos | 7100-000 | unknown | N/A | N/A | 0.00 |
| Donald B. Backstrom, D.C. | 7100-000 | 312.30 | N/A | N/A | 0.00 |
| Dr. Olga Peplos | 7100-000 | 445.00 | N/A | N/A | 0.00 |
| Cardiology Interpretation II | 7100-000 | unknown | N/A | N/A | 0.00 |
| Cardiology Interpretation II | 7100-000 | unknown | N/A | N/A | 0.00 |
| Chicago Tribune | 7100-000 | 23.25 | N/A | N/A | 0.00 |
| Chicago Tribune | 7100-000 | unknown | N/A | N/A | 0.00 |
| City of Joliet Parking | 7100-000 | unknown | N/A | N/A | 0.00 |
| City of Joliet Parking c/o Creditors Discount & Audit | 7100-000 | 10.00 | N/A | N/A | 0.00 |
| Ent Surgical Consultants | 7100-000 | 754.00 | N/A | N/A | 0.00 |
| Clerk of Bankruptcy Court | 7100-000 | N/A | 29.39 | 29.39 | 29.39 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 373,335.55 | 254,740.80 | 149,484.07 | 6,603.08 |

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
### Asset Cases

Case Number: 05-50080
Case Name:   O'CONNELL, DANIEL F.

Period Ending: 12/30/09

Trustee:   (520196)   MICHAEL G. BERLAND
Filed (f) or Converted (c):   10/12/05 (f)
§341(a) Meeting Date:   12/12/05
Claims Bar Date:   11/27/07

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash-scheduled | 25.00 | 0.00 | | 0.00 | FA |
| 2 | First midwest account-scheduled | 200.00 | 0.00 | | 0.00 | FA |
| 3 | Furniture-scheduled | 600.00 | 0.00 | | 0.00 | FA |
| 4 | Books & Pictures-shceduled | 300.00 | 0.00 | | 0.00 | FA |
| 5 | Clothing-scheduled | 500.00 | 0.00 | | 0.00 | FA |
| 6 | Pension pla-scheduled | Unknown | 0.00 | | 0.00 | FA |
| 7 | shares of Goken stock-scheduled | 8,000.00 | 0.00 | | 0.00 | FA |
| 8 | Accounts receivable-scheduled | 50,000.00 | 11,500.00 | | 11,500.00 | FA |
| 9 | 1998 Ford Ranger-schedueld | 5,250.00 | 0.00 | | 0.00 | FA |
| 10 | Office equipment-scheduled | 2,000.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 11.30 | Unknown |
| 11 | Assets   Totals (Excluding unknown values) | $66,875.00 | $11,500.00 | | $11,511.30 | $0.00 |

**Major Activities Affecting Case Closing:**

The Trustee collected $11,500 of accounts receivable. Ramzey Gilberg paid $1000. Kenneth Eilena paid $5000. Steven Lucier paid $1500. Bud Virgilio paid $1500. Angela Anguiano paid $2500. The Trustee has filed tax returns and is wating for approval of those tax returns. The Trustee will filed his final report in 2009.

Initial Projected Date Of Final Report (TFR):   October 31, 2009          Current Projected Date Of Final Report (TFR):   October 31, 2009

Printed: 12/30/2009 10:31 AM   V.11.53

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 05-50080 |
| Case Name: | O'CONNELL, DANIEL F. |
| | |
| Taxpayer ID #: | 13-7600783 |
| Period Ending: | 12/30/09 |

| | |
|---|---|
| Trustee: | MICHAEL G. BERLAND (520196) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****16-65 - Money Market Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/14/08 | {8} | Daniel O'Connell | Payment of accounts receivable collected | 1129-000 | 11,500.00 | | 11,500.00 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.70 | | 11,500.70 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.46 | | 11,502.16 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.46 | | 11,503.62 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.36 | | 11,504.98 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.50 | | 11,506.48 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 1.25 | | 11,507.73 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.90 | | 11,508.63 |
| 12/11/08 | 1001 | Internal Revenue Service | Payment of tax due | 2810-000 | | 1,286.00 | 10,222.63 |
| 12/11/08 | 1002 | Gloria Longest | Payment of accountant per court order | 3410-000 | | 500.00 | 9,722.63 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.77 | | 9,723.40 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.39 | | 9,723.79 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.37 | | 9,724.16 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.42 | | 9,724.58 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.39 | | 9,724.97 |
| 05/26/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.33 | | 9,725.30 |
| 05/26/09 | | To Account #********1666 | Transfer for purpose of final distribution | 9999-000 | | 9,725.30 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 11,511.30 | 11,511.30 | $0.00 |
| Less: Bank Transfers | 0.00 | 9,725.30 | |
| Subtotal | 11,511.30 | 1,786.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $11,511.30 | $1,786.00 | |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 05-50080 |
| Case Name: | O'CONNELL, DANIEL F. |
| | |
| Taxpayer ID #: | 13-7600783 |
| Period Ending: | 12/30/09 |

| | |
|---|---|
| Trustee: | MICHAEL G. BERLAND (520196) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****16-66 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/26/09 | | From Account #********1665 | Transfer for purpose of final distribution | 9999-000 | 9,725.30 | | 9,725.30 |
| 05/27/09 | 101 | MICHAEL G. BERLAND | Dividend paid 100.00% on $1,900.94, Trustee Compensation;  Reference: | 2100-000 | | 1,900.94 | 7,824.36 |
| 05/27/09 | 102 | Department of the Treasury-Internal Revenue Service | Dividend paid 100.00% on $1,221.28; Claim# 2P-2; Filed: $1,221.28; Reference: | 5800-000 | | 1,221.28 | 6,603.08 |
| 05/27/09 | 103 | Midwest Pulmonary Consultants | Dividend paid  4.41% on $665.00. Claim# 1; Filed: $665.00; Reference: Stopped on 06/04/09 | 7100-000 | | 29.39 | 6,573.69 |
| 05/27/09 | 104 | Department of the Treasury-Internal Revenue Service | Dividend paid  4.41% on $105,256.73; Claim# 2U-2; Filed: $105,256.73; Reference: | 7100-000 | | 4,650.36 | 1,923.33 |
| 05/27/09 | 105 | American Revenue Corp Inc | Dividend paid  4.41% on $311.44; Claim# 3; Filed: $311.44; Reference: | 7100-000 | | 13.76 | 1,909.57 |
| 05/27/09 | 106 | Creditors Discount & Audit | Dividend paid  4.41% on $10,277.30; Claim# 4; Filed: $10,277.30; Reference: | 7100-000 | | 454.06 | 1,455.51 |
| 05/27/09 | 107 | Creditors Discount & Audit | Dividend paid  4.41% on $32,944.21; Claim# 5; Filed: $32,944.21; Reference: | 7100-000 | | 1,455.51 | 0.00 |
| 06/04/09 | 103 | Midwest Pulmonary Consultants | Dividend paid  4.41% on $665.00; Claim# 1; Filed: $665.00; Reference: Stopped: check issued on 05/27/09 | 7100-000 | | -29.39 | 29.39 |
| 08/07/09 | 108 | Clerk of Bankruptcy Court | Payment of unclaimed funds | 7100-000 | | 29.39 | 0.00 |

|  |  | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 9,725.30 | 9,725.30 | $0.00 |
| Less: Bank Transfers | | 9,725.30 | 0.00 | |
| Subtotal | | 0.00 | 9,725.30 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $0.00 | $9,725.30 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****16-65 | 11,511.30 | 1,786.00 | 0.00 |
| Checking # ***-*****16-66 | 0.00 | 9,725.30 | 0.00 |
| | $11,511.30 | $11,511.30 | $0.00 |